# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin King, <br><br> Plaintiff, <br><br> vs. <br><br> Michael J. Astrue, Commissioner of the Social Security Administration, <br><br> Defendant. | No. CV 09-354-TUC-JMR <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION** |

This case involves an appeal by Plaintiff from the Commissioner's denial of social security benefits. On August 10, 2010, after a thorough and well-documented analysis, Magistrate Judge D. Thomas Ferraro issued a Report and Recommendation ("R&R") to this Court, recommending that the Commissioner's decision to deny benefits should be remanded under 42 U.S.C. § 405(g) for further consideration and explanation by the Administrative Law Judge. Neither party filed an objection to the R&R. Further, Defendant Commissioner filed a notice that it would not file objections to the Magistrate Judge's recommendation.

When there are no objections to the R&R, the Court will modify or set aside only those portions that are clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998). The Court has carefully reviewed the entire record and concludes that Magistrate Judge Ferraro's recommendations are not clearly

erroneous or contrary to law. The Court agrees that, for the reasons enumerated in the R&R, this matter should be remanded to the agency for "additional investigation or explanation." *INS v. Ventura*, 537 U.S. 12, 16 (2002) (quoting *Fla. Power & Light Co. v. Lorion*, 470 U.S. 729, 744 (1985)); *see also Moisa v. Barnhart*, 367 F.3d 882, 886 (9th Cir. 2004).

Accordingly,

**IT IS ORDERED** that the **REPORT AND RECOMMENDATION** of Magistrate Judge Ferraro (Doc. 24) is **ADOPTED** in whole. Pursuant to 42 U.S.C. § 405(g), this matter is **remanded** for further administrative action consistent with the recommendations made by Magistrate Judge Ferraro and adopted by this Court.

The Clerk of Court is directed to close this case and enter judgment accordingly.

DATED this 6th day of September, 2010.

_____
John M. Roll
Chief United States District Judge